

# Fourth Court of Appeals
## San Antonio, Texas

October 12, 2020

No. 04-20-00212-CR

Felipe **NEGRETE,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2018-05-13279-CR
Honorable Camile Glasscock Dubose, Judge Presiding

# O R D E R

Appellant's brief was initially due on July 1, 2020. On August 14, 2020, the clerk of this court notified appellant's attorney by letter that appellant's brief was late and asked appellant's attorney to respond to this court in writing. Appellant's attorney did not respond or file appellant's brief. On September 3, 2020, we ordered appellant's attorney to file appellant's brief on or before October 5, 2020.

On October 5, 2020, appellant's attorney filed a motion for continuance and a motion for extension of time, seeking an additional fourteen days to file appellant's brief. The motions are GRANTED. Appellant's brief is due on or before **October 19, 2020**; however, **no further extensions will be granted absent extenuating circumstances.**

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of October, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court